**Fill in this information to identify the case:**

Debtor 1     James       Roy       Harrison
            First Name      Middle Name      Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name     Last Name

United States Bankruptcy Court for the: Middle    District of Alabama
                                          (State)

Case number: 17-11597

### Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | $692.65 |
| Claimant's Name: | Santander Bank N.A. Servicing for Santander Consumer Usa Inc |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 824 North Market Street, Wilmington, DE 19801<br>972-761-1370<br><br>jmiller@santander.us |

### 2. Claimant Information

Applicant[2] represents the following:

☐    The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒    The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____

_____ .

☐    If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒    Applicant is the Claimant.

☐    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Middle__ District of __Alabama__
*[Court enters address here]*

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: __3/20/26__

X _____
Signature of Applicant

__Jason Miller__
Printed Name of Applicant

Address: 824 North Market Street
Wilmington, DE 19801

Telephone: __972-761-1370__

Email: __jmiller@santander.us__

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

**7. Notarization**
STATE OF __TEXAS__
COUNTY OF __DALLAS__

This Application for Unclaimed Funds, dated __3-20-26__ was subscribed and sworn to before me this __20__ day of __March__, 20__26__ by

__Jason Miller__
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) _____ Notary Public _____

My commission expires: __6/26/27__

LETION GARZA
Notary Public
My Notary ID # 12275799
Expires June 26, 2027

**7. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) _____ Notary Public _____

My commission expires: _____

Case 17-11597    Doc 44    Filed 03/30/26    Entered 03/31/26 11:14:39    Desc Main
Document    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF Alabama Middle**

In re: James Roy Harrison

Case No. 17-11597

Debtor(s).

Chapter 13

## CERTIFICATE OF SERVICE

I, Jason P Miller _____ Santander Bank N.A. _____ hereby certify that on the 20 day of March , 2026, a copy of the Application for Payment of Unclaimed Funds and all supporting documents was served on the United States Attorney for the District of Alabama Middle, via ____ FeD EX _____ , at the following address:

**Office of the United States Attorney**
**Middle District of Alabama**
**131 Clayton Street**
**Montgomery, AL 36104**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/20/26

X _____
Signature