**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re James Roy Harrison,

                                 Case Number  17-11597

      Debtor.                       Chapter  13

**Notice of Deficient Application for Payment of Unclaimed Funds**

CLAIMANT: Santander Bank N.A. Servicing for Santander Consumer USA Inc

CLAIM AMOUNT: $692.65

Your application for payment of unclaimed funds cannot be processed for the following reason(s):

☐   The application is not notarized.

☐   A current photo ID is not included with the application.

☐   The payment address on the application does not match the address for payment on the AO-213, AO-213P, or W-9.

☐   The application does not give a complete history of ownership from the original claimant to the party requesting the funds.

☒   There is no notarized statement of the signing representative's authority in the package. (The incumbency certificate was not notarized. Please provide a new notarized certificate.)

☐   There is no proof of the signing representative's identity in the package.

☐   Other:

The claimant must submit either the information and/or documentation listed above or must submit a written request to extend the deadline by July 6, 2026. If the court does not timely receive the new information and/or documentation, the court may deny the application without further hearing.

Send information, documentation, or requests for extension of time to the following address:

                        Clerk, U.S. Bankruptcy Court
                        Attn: Financial Department
                        One Church Street
                        Montgomery, AL  36104

Dated June 5, 2026

                        Brian Suckman
                        Clerk of Court